UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DIANA SONG QUIROGA
U.S. MAGISTRATE JUDGE
1300 VICTORIA STREET
LAREDO, TEXAS 78040

United States Courts
Southern District of Texas
RECEIVED

JAN 18 2022

Nathan Ochsner, Clerk
Laredo Division

Screened by U.S. Marshal



United States Courts
Southern District of Texas
RECEIVED

JAN 1 8 2022

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria, Ste., 1131
Laredo, Texas 78040

RECEIVED

DEC 1 5 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

December 7, 2021

**U.S. District Clerk's Office**
**Page Belcher Federal Building**
**333 W. 4th Street, Room 411**
**Tulsa, OK 74103**

**Re: Joel Daniel Padilla Rojas (20-CR-0067-01-GFK) / Laredo 5:21-MJ-2556-01**

Dear Clerk,

Enclosed for Commitment to another District are original documents of the following:

Commitment to Another District

Other relevant documents from proceedings conducted in this District are available thru ECF/PACER. Your assistance is much appreciated in completing this receipt.

Please don't hesitate to contact me if I can be of assistance.

Very truly yours,

Nathan Ochsner, CLERK

By: _____
Mayra Ramirez, Judicial Support Specialist

Received and filed under Docket No. __43__ on __12/15__, 2021.

CLERK, U. S. DISTRICT COURT, By: _____